UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEX ESPINOZA, | ) | 1:06-CV-0020 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #3] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| JAMES YATES, | ) | [Doc. #1] |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 26, 2006, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DISMISSED without prejudice for failure to exhaust state remedies. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On February 10, 2006, Petitioner filed objections to the Findings and Recommendation. Petitioner states that he has in fact presented a petition for writ of certiorari to the California Supreme Court, and he has advised the Supreme Court of the instant pending federal action.

1  Nevertheless, because the California Supreme Court has not yet rendered a decision on the petition
2  which is pending before it, the instant petition in unexhausted. Comity requires this federal court
3  allow the California Supreme Court to review the instant claims before they may be presented here.
4         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*
5  *novo* review of the case.  Having carefully reviewed the entire file and having considered the
6  objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
7  supported by the record and proper analysis, and there is no need to modify the Findings and
8  Recommendations based on the points raised in the objections.
9         Accordingly, IT IS HEREBY ORDERED that:
10         1. The Findings and Recommendation issued January 26, 2006, is ADOPTED IN FULL;
11         2. The Petition for Writ of Habeas Corpus is DISMISSED without prejudice; and
12         3. Clerk of Court is DIRECTED to close the file.

IT IS SO ORDERED.

**Dated:   March 3, 2006**                    /s/ Anthony W. Ishii
0m8i78                                         UNITED STATES DISTRICT JUDGE